UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21450-CIV-HOEVELER/WHITE
(Case No. 06-20020-CR-HOEVELER)

**ROGER JOSEPH**

    Movant,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

THIS CAUSE comes before the Court on Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, filed on June 5, 2007. Magistrate Judge Patrick A. White issued a Report Following Evidentiary Hearing on December 4, 2007. No objections to the report have been filed. The Court, having reviewed the report and pertinent portions of the file, hereby adopts Judge White's recommendations for the reasons stated in his report. Therefore, it is hereby

ORDERED AND ADJUDGED that:

1.     The Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody is GRANTED based on ineffective assistance of appellate counsel.

2.     The remaining claims of ineffective assistance of trial counsel are DISMISSED WITHOUT PREJUDICE.

3.     The Court will set a date for Petitioner's sentence to be vacated and re-

imposed pursuant to <u>United States v. Phillips</u>, 225 F.3d 1198, 1201 (11th Cir. 2005), so that Petitioner may file an out-of-time appeal.

DONE AND ORDERED in Chambers in Miami this 4TH day of February 2008.

*William M Hoeveler*
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

cc: Roger Joseph, <u>Pro Se</u>
Reg. No. 47909-004
FCI - McRae
P.O. Drawer 30
McRae, GA 3105

counsel of record